## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Juventino Ambros, Fidel Flores, Gabriel Castillo Garcia, Nabor Jara Villegas, and Armando Silva,<br><br>Plaintiff(s),<br><br>v.<br><br>Pizza 18, LLC, Enrique Salcido, Juan C. Fajardo Macedo ,<br><br>Defendant(s). | Case No. 15-cv-05315<br>Judge Mary M. Rowland |

### JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $         ,

which ☐ includes      pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐ in favor of defendant(s)
and against plaintiff(s)
.
Defendant(s) shall recover costs from plaintiff(s).

---

☒ other: Plaintiffs' motion to enforce settlement agreement against defendants Pizza 18, LLC, Enrique Salcido, and Juan C. Fajardo Macedo [45] is granted. Pursuant to Rule 54(b), the Court expressly determines that there is no just reason for delay and directs that a final judgment be entered in favor of Plaintiffs Juventino Ambros, Fidel Flores, Gabriel Castillo Garcia, Nabor Jara Villegas, and Armando Silva and against defendants Pizza 18, LLC, Enrique Salcido, and Juan C. Fajardo Macedo in the amount of $56,000.

---

This action was *(check one)*:

☐ tried by a jury with Judge Mary M. Rowland presiding, and the jury has rendered a verdict.
☐ tried by Judge Mary M. Rowland without a jury and the above decision was reached.
☒ decided by Judge Mary M. Rowland on a motion by Plaintiffs to enforce settlement agreement [45].

Date: 8/2/2016 Thomas G. Bruton, Clerk of Court

Dawn A. Moreno, Deputy Clerk